**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**Hartford Division**

| | |
|---|---|
| IN RE: | |
| JOSEPH GARTRELL | : CHAPTER 13 |
|     DEBTOR | : CASE NO. 07-21148 RLK |
| | |
| FRANKLIN CREDIT MANAGEMENT CORP. | |
|     MOVANT | : DOC. NO. |
| VS. | |
| JOSEPH GARTRELL, DEBTOR | |
| MOLLY T. WHITON, TRUSTEE | |
|     RESPONDENTS | : NOVEMBER 9, 2007 |

STATEMENT PURSUANT TO RULE 2016

Pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, I certify that I am counsel to the secured creditor in this action. The scope of my representation and the fees for the services is set forth as follows:

| | |
|---|---|
| Preparation and filing of an Appearance; Monitor case to Confirmation; Preparation and Filing of an Objection to Confirmation | $200.00 |
| TOTAL | $200.00 |

    I certify that the above is a complete and accurate statement of the fees incurred by the creditor, in this Chapter 13 case prior to the confirmation.

_____
Linda J. St. Pierre, Esq.
Attorney for Movant

THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.

CERTIFICATION

I hereby certify that a copy of the foregoing was sent either via first-class prepaid mail or via ECF e-mail, this 9th day of November, 2007, to the following parties of interest as follows:

Joseph Gartrell
7 Cottage Grove Circle
Bloomfield, CT 06002
(Debtor)

John T. Forrest, Esq.
457 Main Street, 3rd Floor
Hartford, CT 06106
(Debtor's Attorney)

Molly T. Whiton, Esq.
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106
(Trustee)

U.S. Trustee
265 Church Street, Suite 1103
New Haven, CT 06510

Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, PC